```
                                           FILED
         UNITED STATES OF AMERICA  CLERKS OFFICE
              DISTRICT OF MASSACHUSETTS
                                   2005 FEB 24  P 1:58
                                   NO.
                                   U.S. DISTRICT COURT
                                   DISTRICT OF MASS
```

LLOYD F. AUDETTE,            )
    Plaintiff,               )
                             )  05-10403 DPW
V.                           )
                             )
UMASS CORRECTIONAL HEALTH,   )
    A Commonwealth Medicine Program, )
    Defendant, and           )
                             )
DEPARTMENT OF CORRECTION,    )
    Kathleen M. Dennehy, Commissioner, )
    Defendant,               )

### MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff, Lloyd F. Audette and respectfully requests that this Honorable Court allow him to proceed In Forma Pauperis whereas he is incarcerated and indigent as tha Affidavit of Indigency attached hereto verifies.

Dated: 2-16-05

Respectfully submitted,
By the Plaintiff,

Lloyd F. Audette,
pro-se
S.B.C.C. P.O. Box 8000
Shirley MA 01464