FILED
UNITED STATES OF AMERICA  CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 FEB 24  P 1: 58

NO._____

U.S. DISTRICT COURT
DISTRICT OF MASS

LLOYD F. AUDETTE,    )
    Plaintiff       )
                    )
                    )
V.                   )
                    )
                    )
UMASS CORRECTIONAL HEALTH,   )
    A Commonwealth Medicine Program, )
    Defendant, and   )
                    )
DEPARTMENT OF CORRECTION,    )
    Kathleen M. Dennehy, Commissioner, )
    Defendant,       )

## MOTION FOR SERVICE BY CERTIFIED MAIL

Now comes the Plaintiff in the above entitled matter and respectfull requests that this Honorable Court allow him to serve the defendants by certified mail or in the alternative, regular mail accompanied by affidavit stating service had been made whereas plaintiff has <u>no</u> funds in his inmate account and will have to rely on the institution to pay for certified mail.

Dated: 2-16-05

Respectfully submitted,
By the Plaintiff,

Lloyd F. Audette,
Pro-se
S.B.C.C./P.O. Box 8000
Shirley MA  01464