UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,                              C.A. No. 05-10403-DPW

    Plaintiff,

    v.

UMASS CORRECTIONAL HEALTH, et al,

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance for defendant Kathleen M. Dennehy, in her official capacity as Commissioner, Massachusetts Department of Correction.

                      Respectfully submitted,

                      NANCY ANKERS WHITE
                      Special Assistant Attorney General

Date: March 8, 2005            __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch, Counsel
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142
                              BBO #544926

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I mailed a copy of the foregoing paper to Lloyd F. Audette, pro se, by first class mail, postage pre-paid, at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA  01464.

Date: March 8, 2005            __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch