UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10403-DPW

| | |
|---|---|
| LLOYD F. AUDETTE,<br>    Plaintiff, | )<br>)<br>) |
| V. | )<br>) |
| UMASS CORRECTIONAL HEALTH,<br>    A Commonwealth Medicine Program,<br>    Defendant, and | )<br>)<br>)<br>) |
| DEPARTMENT OF CORRECTIONS,<br>    Kathleen M. Dennehy, Commissioner<br>    Defendant. | )<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Kindly enter my appearance as attorneys for the Defendant, UMass Correctional Health, in the above-captioned matter.

The Defendant,
UMASS CORRECTIONAL HEALTH
By their attorneys,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) he attorney of record for each (other) party by mail on the **15th** day of **March, 2005**.

/s/ James A. Bello

/s/ James A. Bello
_____
James A. Bello
_____
James A. Bello, BBO# 633550
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1131952v1