# MORRISON MAHONEY LLP
### COUNSELLORS AT LAW

FILED
CLERKS OFFICE

2005 MAR 16 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

| | 250 SUMMER STREET<br>BOSTON, MASSACHUSETTS 02210-1181<br>617-439-7500 | |
|---|---|---|
| **James A. Bello**<br>Phone: 617-737-8803<br>Fax: 617-342-4968<br>jbello@morrisonmahoney.com | | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER | CONNECTICUT<br>HARTFORD<br><br>NEW YORK<br>NEW YORK |
| **Lisa R. Wichter**<br>Phone: 617-737-8855<br>Fax: 617-342-4818<br>lwichter@morrisonmahoney.com | | RHODE ISLAND<br>PROVIDENCE | ENGLAND<br>LONDON |

March 15, 2005

United States District Court
for the District of Massachusetts
**Attn: Civil Clerk's Office**
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Lloyd F. Audette, Pro Se vs. UMass Correctional Health Care, et al.</u>
United States District Court C.A. No.: 1:05-cv-10403-**DPW (Judge Woodlock)**
**Your File No.: 20438**
Our File No.: 10017955

Dear Clerk:

This firm recently filed a Notice of Appearance on behalf of UMass Correctional Health Care. In addition, pursuant to the Court's Order of March 7, 2005, enclosed please find a full copy of the plaintiff's medical records.

Should you have any comments or questions, or need any additional information, please feel free to contact me.

Very truly yours,

James A. Bello

JAB/jt
Enclosure
cc: David J. Rentsch, Esq. (w/out enclosure)

1131937v1