U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LLOYD F. AUDETTE | 05-10403-DPW |
| DEFENDANT | TYPE OF PROCESS |
| KATHLEEN M. DENNEHY, COMMISSIONER OF CORRECTION | SUMMONS |

**SERVE** ➡  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KATHLEEN M. DENNEHY, COMMISSIONER OF CORRECTION

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

50 Maple Street, Suite no. 3, Milford  MA 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LLOYD F. AUDETTE
S.B.C.C./PO. BOX 8000
SHIRLEY MA, 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | ONE |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Defendant's attorney who is
David J. Rentsch, Counsel
Dept. of Correction
70 Franklin Street, Suite 600
Boston  MA  02110-1300
(617) 727-3300, ext. 142

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR 22 A F 54

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Lloyd F Audette pro-se* | | NONE | 3-12-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | *Nancy Salacura* | 3/22/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Michelle Farrell | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| 4/15/05 | 11:10 | |

Signature of U.S. Marshal or Deputy
*C/C*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 6750 | 24.09 | — | 91.59 | | | |

REMARKS:

*1:5 hr*

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

LLOYD F. AUDETTE,
                    Plaintiff

            V.

UMASS CORRECTIONAL
HEALTH, ET AL.,
                    Defendants

**SUMMONS IN A CIVIL CASE**

CASE        C.A. 05-10403-DPW

**TO:** (Name and address of Defendant)

**DEPARTMENT OF CORRECTION, KATHLEEN DENNEHY, COMMISSIONER**

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY** (name and address)

**LLOYD F. AUDETTE, PRO SE**

**\* or answer as otherwise required by the Federal Rules of Civil Procedure.**

an answer to the complaint which is herewith served upon you, _____ 20* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON                3/7/05

CLERK                                                 DATE

*Rebecca Greenbey*

(By) DEPUTY CLERK