```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,                         C.A. No. 05-10403-DPW
     Plaintiff,

     v.

UMASS CORRECTIONAL HEALTH,
     A Commonwealth Medicine Program,
     Defendant, and

DEPARTMENT OF CORRECTIONS,
     Kathleen M. Dennehy, Commissioner,
     Defendant.
```

<u>DEFENDANT KATHLEEN DENNEHY'S MOTION</u>
<u>TO CORRECT THE DOCKET TO REFLECT ACTUAL DATE</u>
<u>OF SERVICE OF THE COMPLAINT AND SUMMONS ON HER</u>

Kathleen M. Dennehy moves that the docket in this case be corrected to reflect the actual date on which the complaint and summons were served on her, that being April 15, 2005. The "Process Receipt and Return" which shows the correct date of service is attached. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Ms. Dennehy's answer is due on May 5, 2005.

```
                              KATHLEEN M. DENNEHY

                              By her attorney,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General


Date: April 21, 2005          __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch, Counsel
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142
                              BBO #544926
```

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I mailed a copy of the foregoing paper to Lloyd F. Audette, <u>pro se</u>, by first class mail, postage pre-paid, at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA  01464.


Date: April 21, 2005          __/s/ DAVID J. RENTSCH_____
                                 David J. Rentsch

Case 1:05-cv-10403-DPW    Document 17-2    Filed 04/21/2005    Page 1 of 2

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>LLOYD F. AUDETTE | COURT CASE NUMBER<br>05-10403-DPW |
|---|---|
| DEFENDANT<br>KATHLEEN M. DENNEHY, COMMISSIONER OF CORRECTION | TYPE OF PROCESS<br>SUMMONS |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KATHLEEN M. DENNEHY, COMMISSIONER OF CORRECTION
**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
50 Maple Street, Suite no. 3, Milford MA 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LLOYD F. AUDETTE
S.B.C.C./PO. BOX 8000
SHIRLEY MA, 01464

| Number of process to be served with this Form - 285 | ONE |
| Number of parties to be served in this case | ONE |
| Check for service on U.S.A. | |

RECEIVED 2005 MAR 22 A 7:54 U.S. MARSHAL SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Serve Defendant's attorney who is
David J. Rentsch, Counsel
Dept. of Correction
70 Franklin Street, Suite 600
Boston MA 02110-1300
(617) 727-3300, ext. 142

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Lloyd F. Audette pro-se*
TELEPHONE NUMBER: NONE
DATE: 3-12-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 3/22/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Michelle Farrell

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 4/15/05   Time: 11:10 am

Signature of U.S. Marshal or Deputy: CC

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| 67.50 | 24.09 | — | 91.59 | | | |

REMARKS:
11.5 hr

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LLOYD F. AUDETTE,
        Plaintiff
V.

UMASS CORRECTIONAL
HEALTH, ET AL.,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE     C.A. 05-10403-DPW

TO: (Name and address of Defendant)

DEPARTMENT OF CORRECTION, KATHLEEN DENNEHY, COMMISSIONER

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LLOYD F. AUDETTE, PRO SE

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON          3/7/05
CLERK          DATE

*Rebecca Greenberg* (signature)
(By) DEPUTY CLERK