UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                            05-10403DPW

LLOYD F. AUDETTE,                           )
    Plaintiff,                               )
                                         )
V.                                         )
                                         )
UMASS CORRECTIONAL HEALTH SERVICES,  )
    A Commonwealth Health Care Program, )
    Defendant, et al                   )
                                         )
                                         )

## PLAINTIFF'S RENEWED MOTION FOR RESTRAINING ORDER

Plaintiff moves this Honorable Court to reconsider the denial of his Motion For A Temporary Restraining Order. As grounds, the Plaintiff states that the defendants are acting in retaliation to his exerting civil remedy. (see attached amended complaint)

Plaintiff also submits his memorandum of case law in responce to Defendants oppasition which cleary justifies the renewal of this maotion.

April 14, 2005                          Respectfully submillte,

                                            The Plaintiff,

                                            Lloyd F. Audette, pro-se
                                            S.B.C.C./P.O. Box 8000
                                            Shirley MA  01464