UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,
    Plaintiff,

                                          05-10403DPW

V.

UMASS CORRECTIONAL HEALTH,
    A Commonwealth Medicine Program,
    Defendant, et al

## MOTION FOR LEAVE TO PROCEED
## TO AMEND COMPLAINT

Plaintiff moves this Honorable Court for leave to amend his complaint to include other parties and a Claim of Retaliation.

Attached hereto is the amended complaint.

April 14, 2005

                                        Respectfully submitted,
                                        The Plaintiff,

                                        Lloyd F. Audette, pro-se
                                        S.B.C.C./P.O. Box 8000
                                        Shirley MA 01463

I hereby certify that I have mailed a true copy upon all defendants attorney of record.

Lloyd F. Audette
April 14, 2004