UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-10403DPW

LLOYD F. AUDETTE, )
    Plaintiff, )
)
V. )
)
UMASS. CORRECTIONAL HEALTH PROGRAM, )
    A Commonwealth Health Care Program, )
    Defendant, et al )

### PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff moves this Honorable Court for appointment of counsel; motion to be reconsidered upon Defendant's responsive pleading.

WHEREFORE, Plaintiff requests appointment of pro-bono counsel.

April 14, 2005

Respectfully submitted,

The Plaintiff,

Lloyd F. Audette, pro-se
S.B.C.C. P.O. Box 8000
Shirley MA 10464

I hereby certify that I have served a true copy of this document upon all attorney of record on this the 14th day of April 2005 by regular mail.

Lloyd F. Audette