AFFIDAVIT OF LLOYD F. AUDETTE
IN SUPPORT OF CIVIL NO 05-10403-DPW

I, Lloyd F. Audette depose and say that the following statements are true and accurate to the best of my knowledge.

1. I am the plaintiff in Audette v. UMASS et all, civ. no. 05-10403DPW.

2. That Dr. Hazard took me off all pain medication in retaliation for my filing the named civil action and has not replaced the pain management therapy to date.

3. That I have documentation of suffering from severe neuropothy, Zollinger Ellison Syndrome, AIDS, and multiple bone and joint disfigurement and arthritis and presently I am suffering in great pain although I had requested on five occasions to the HIV nurse that this issue be addressed immediately.

4. That I was receiving the Hep C Peg-intron/riboviron treatment at the same time I was receiving the HIV medication regiment whereas the HIVplus magazine dated May 2005 (WWW.HIVPLUSMAG.COM) page 15 states that when taking both HIV medications along with Hep C medications it induces the onset of full blown AIDS.

5. As a result of the medications I was receiving my right eye became almost totaly blind to date.

6. On April 19, 2005 I was seen by Dr, Stone at S.B.C.C., the HIV specialist and he immediately ordered that I be brought to an outside hospital that day to see an opthomologist.

7. At noon time I was transported to the Lemieux Shattuch Hospital in Jamaica Plain and was seen by the opthomology clinic. Their finding showed that the retina in my right eye was detatched and they immediately ordered the stoppage of Peg-Intron/Riboviron treatment and further ordered that I be immediately seen at the New England Medical Center, Boston Mass.

8. Two days later on Thursday, April 21, 2005 I was transported to the New England Medical Center, 9th floor, Opthomology clinic where a series of four hours of test were done including a dye injection and photo imagry through high tech computer photography that looked inside the back, sides and front of both eyes.

9. The conclusion of New England Medical Opthomology was that my right eye retina was totaly detatched and that there was a hole in the eyeball leaking fluid into the retina. They also found evidence of a recent hole in my left eye as well and they too immediately ordered the stoppage of Peg-Intron/Riboviron treatment and furthered showed me the computer generated photos showing the retina detatchment as well as the hole in my right eye and the evedence of the damage (hole) in the left eye.

10. New England Medical stated that they wanted to see me again in person to run more tests to see if there was any difference to the right eye at that time in hopes that it would heal without surgery.

11. This institution rather scheduled me to see an opthomologist here in one month where there is no equipment to do the proper testing( ie. computer generated photography imaging) to verify the results.

12. New England Medical also stated that if they performed srugery at this point in time, because of my weakened state, it would cause CMV in the eye which would lead to my immediate death within weeks.

13. To date I am almost totaly blind in my right eye and it is extremely painful as well as migrane headaches.

14. I was seen by the Endocrine clinic at the Lemiouz Shattuck Hospital on April 5, 2005 where a general evaluation was performed and multiple vials of blood were taken to see why my testosterone levels keep falling below the acceptable range and to discuss a treatment plan.

15. The Endocrinologist stated that she wanted to see me back there within two weeks to discuss a treatment plan. This institution rather scheduled the appointment for two months while I continued to lose three pounds (documented) of body weight per week. Present weight is now 136 lbs. documented by medical.

16. I supplied literature from Mass. General Hospital to the HIV ID Clinic nurse verifying that methadone blocks out the absorbtion of the HIV medication DDI which in turn makes the entire regiment of HIV medications ineffective thus enhancing the onset of full blown AIDS.

17. I also supplied literature which verified that Sustiva block out the absorbtion of methadone into the blood stream causing constant daily withdrawals from methadone while the medications are used together.

18. I also supplied literature that showed all the information on the AIDS waisting syndrom and what treatment is recommended, that being the immediate starting of anabolic steroids. (one of a few different combinations such as oxymethalond(D-Ball), or oxandrolone, Nandrolone (DecaDurabolin) Testosterone, Androderm, Testoderm, rhGH (Humatrope) along with appetite stimulants; Megestrol 800 mg once a day, Dronabinol or Cyproheptadine, and that these stimulants must be taken with a combination of steroid treatment to eliviate the waisting syndrome. See American Family Physician Sept. 1, 1999 at http://www.aafp.org/afp/990901.html.

19. I observed on a specific date and time while in the HSU unit the officer pull medical grievances and medical grievance appeals (which I believe was my last appeal filed) out of the trash barrel and show them to a specific nurse and then throw them back in the trash barrel which will be adressed during the discovery process where the video tape can be requested verifying this statement.

20. Dr. Hazard placed me on 20 mg of megstrol three times per day when the recommended dosage is 800 mg. per day to be taken in conjunction with anabolic steroid treatment. Megestrol taken alone causes the accumulation of fatty tissue and lypodistrophy another AIDS disease.

21. It is because of the blatent disregard to drug interactions that I was caused and am still caused to suffer from the AIDS waisting syndrome which has been classified as full blown AIDS and has caused my right eye retina to detatch and induced a hole in my right eyeball and damaged my left eyeball as well. It has also put my Hepatitis C treatment in jeapordy in that the Peg-Intron/Riboviron treatment had to be stopped because of the weakened state that my cellular structure is presently in.

Signed under the pains of purgery on this the ___26th___ day of April, 2005.

_Lloyd F. Audette_
Lloyd F. Audette

3.