```
                        LLOYD F. AUDETTE
                       S.B.C.C./P.O. Box 8000
                         Shirley  MA   01464
```

Clerk
Federal District COurt
Boston   MA

Re:   Audette v. UMASS et all Civ. No. 05-10403DPW

Dear Clerk:

  Kindly place this updated affidavit into evidence and immediately supply a copy to the judge. Presently the damage to my body has gotten a lot worse in recent weeks to the effect that I now weigh 136 lbs. and that my right eye is almost blind in that the retina is totaly detatched and there is now a hole in the eyeball leaking fluid into the detatched retina due to the drug interactions of the medications prescribed here.

  In ~~another~~ Some package I am also filing an amended complaint for retaliation and include two partied, a Motion to strike UMASS affirmative defenses, motion for renewed TRO and memorandum Responce to UMASS Opposition of TRO as well as renewed Motion to Appoint COunsel. It is very difficult for me to be able to do any legal research now because I can't see.

  Any suggestions you might have will be greatly appreciated.

                                         Respectfully,

                                         Lloyd F. Audette

P.s, please excuse any typos, but I cant really see the letters too well with my left eye.