UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-10403-DPW |
| | ) |
| UMASS CORRECTIONAL HEALTH, | ) |
| ET AL., | ) |
| Defendant. | ) |

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

Woodlock, D.J.

This matter is before the Court on the request of plaintiffs for the appointment of counsel to serve pro bono.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that **Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110** ** is appointed to represent the plaintiffs under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to pro bono coordinator) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to those matters at issue in this case. Counsel is not being appointed to represent the plaintiffs generally or in any other proceeding.

Date: May 9, 2005                          By: /s/ Barbara Morse, Esq.
                                                Barbara Morse, Esq.
                                                Pro Bono Coordinator

** Contact:   Brandon L. Bigelow, Esq.
              Bingham McCutchen, LLP
              150 Federal Street
              Boston, MA 02110
              617-951-8000
              E-mail: brandon.bigelow@bingham.com