UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br><br>               Plaintiff,<br><br>    v.<br><br>UMASS CORRECTIONAL HEALTH, a Commonwealth Medical Program, and DEPARTMENT OF CORRECTIONS, Kathleen M. Dennehy, Commissioner,<br><br>               Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of Donald J. Savery and Bingham McCutchen LLP as attorneys for the plaintiff, Lloyd F. Audette.

Respectfully submitted,

/s/ Donald J. Savery
Donald J. Savery, BBO #564975
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: May 10, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via first class mail and through the ECF/CM system on May 10, 2005.

/s/ Donald J. Savery
Donald J. Savery