UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br><br>    Plaintiff,<br><br> v.<br><br>UMASS CORRECTIONAL HEALTH, a Commonwealth Medical Program, and DEPARTMENT OF CORRECTIONS, Kathleen M. Dennehy, Commissioner,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of Peter Pound and Bingham McCutchen LLP as attorneys for the plaintiff, Lloyd F. Audette.

            Respectfully submitted,

            /s/ T. Peter R. Pound
            T. Peter R. Pound, BBO #657378
            **BINGHAM MCCUTCHEN LLP**
            150 Federal Street
            Boston, MA  02110-1726
            (617) 951-8000

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via first class mail and through the ECF/CM system on May 10, 2005.

            /s/ T. Peter R. Pound
            T. Peter R. Pound