UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UMASS CORRECTIONAL HEALTH SERVICES;<br>and KATHLEEN M. DENNEHY, Commissioner of<br>Correction;<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

**ASSENTED TO MOTION TO EXTEND TIME
TO FILE AMENDED COMPLAINT AND STATUS REPORT**

　　Plaintiff, Lloyd F. Audette, respectfully requests a one-week extension to file a Motion to Amend Complaint, Amended Complaint, and Status Report, and a one-week extension for Defendants to file their Status Report, in the above-captioned matter. Pursuant to the May 24, 2005 Order of this Court, Plaintiff's Motion to Amend Complaint and Amended Complaint, and the Status Reports of both parties, are presently due on June 30, 2005. This extension would allow Plaintiff until July 7, 2005 to file his Motion to Amend Complaint, Amended Complaint, and Status Report, and Defendants until July 7, 2005 to file their Status Report. Defendants have assented to this Motion to Extend Time.

　　As grounds for this motion, Plaintiff states that his attorneys are finalizing their initial investigation into this matter, but require an additional week to determine what claims will be asserted in the Amended Complaint. This extension would in no way interfere with the Status Conference already scheduled by this Court for July 12, 2005.

　　WHEREFORE, Plaintiff respectfully requests that the Court grant this one week extension for Plaintiff to file his Motion to Amend, Amended Complaint, and Status Report, and one week extension for Defendants to file their Status Report.

- 2 -

|  | Respectfully submitted, |
|---|---|
|  | /s/ Brandon L. Bigelow |
|  | Donald J. Savery, BBO #564975 |
|  | Rheba Rutkowski, BBO #632799 |
|  | Brandon L. Bigelow, BBO #651143 |
|  | T. Peter R. Pound, BBO #657378 |
|  | **BINGHAM MCCUTCHEN LLP** |
|  | 150 Federal Street |
|  | Boston, MA  02110-1726 |
| Dated: June 29, 2005 | (617) 951-8000 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via first class mail and the CM/ECF system on June 29, 2005.

/s/ Brandon L. Bigelow
Brandon L. Bigelow