UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10403DPW

| | |
|---|---|
| LLOYD F. AUDETTE, <br>     Plaintiff, | ) <br> ) <br> ) |
| V. | ) <br> ) |
| UMASS CORRECTIONAL HEALTH, <br>     A Commonwealth Medicine Program, <br>     Defendant, and | ) <br> ) <br> ) <br> ) |
| DEPARTMENT OF CORRECTON <br>     Kathleen M. Denney, Commissioner, <br>     Defendant. | ) <br> ) <br> ) <br> ) |

**STATUS REPORT**

**NOW COMES** the medical defendant, *UMASS Correctional Health*, (hereinafter the

"defendant"), and hereby submits this Status Report pursuant to Judge Woodlock's Procedural

Order dated May 24, 2005.

**A.    BACKGROUND**

On or about February 24, 2005, plaintiff, Lloyd Audette, a pro se prisoner incarcerated in
the Souza-Baranowski Correctional Center ("SBCC"), filed a Complaint with the United States
District Court for the District of Massachusetts, alleging violations of his statutory and civil
rights (American with Disabilities Act and the 8th Amendment) against UMASS Correctional
Health ("UMCH").    Specifically, the plaintiff alleges that UMCH deliberately denied him
treatment for his HIV, Hepatitis C, weight loss, and ankle injury, and that UMCH discriminated
against him based on these medical conditions.

**B.    PROCEDURAL HISTORY**

The parties were before the Court on May 24, 2005 for a Status Conference.  At that time,
Mr. Audette's Motions for Temporary Restraining Order and Preliminary Injunction were
withdrawn.  Plaintiff's Motion to Amend the Complaint was denied, without prejudice, to be
resubmitted within thirty (30) days.  The Court ordered status reports and amendments by June
30, 2005, which was subsequently extended by assent of the parties until July 7, 2005.

**C.    MR. AUDETTE'S MEDICAL STATUS**

Mr. Audette's complex medical condition continues to be closely monitored by his physicians at SBCC (Dr. Phillip Tavares), as well as a team of outside consultants. He is followed closely by Dr. David Stone, an infectious disease specialist at Lemuel Shattuck Hospital and Tufts-New England Medical Center as well as Mindy Bowen R.N., an infectious disease nurse. In addition, Mr. Audette has been evaluated by Dr. Rubin Kim (New England Eye Center) and Dr. Maria Wirth (Endocrinology Clinic – Lemuel Shattuck Hospital).

At or about the time of the last Status Conference, Mr. Audette's physicians raised the possibility that his antiviral drug therapy might be causing his weight loss. In addition, Dr. Stone raised the concern that the antiviral combination may be resulting in an elevated blood lactate level, a well recognized side effect of the drugs.

As of May 29, 2005, Mr. Audette was started on a new drug combination consisting of the medications Truvada and Sustiva. As of June 7, 2005, nursing notes indicate that Mr. Audette's weight had stabilized, and had actually increased to 148 pounds from his prior weight in April of 136 pounds. Mr. Audette's only concern at the time was that he could only bench press 100 pounds, and was unable to lift 180 pounds. (See Mr. Audette's updated medical records, attached hereto as Exhibit A).

In response to complaints of neuropathy pain, Mr. Audette was also started on Ultram, a pain reliever. However, on June 13th, Mr. Audette completed a Sick Call Request Form in which he explained that he was vomiting every-time he took the medication. Mr. Audette was seen most recently for a Chronic Disease visit, on June 29, 2005. At that time his weight remained stable at 148 pounds. He continued to report to physicians that he was sick to his stomach and was vomiting on the Ultram. Despite this, there was no request to be taken off of the pain medication.

**D.    TREATMENT PLAN**

Mr. Audette continues to suffer from many of the well know, and recognized effects of patients who are co-infected with HIV and Hepatitis C. However, according to his physicians, Mr. Audette is stable and his HIV viral load continues to be undetectable. Mr. Audette's treating physicians are continually reassessing Mr. Audette's medications to ensure him the best medical treatment. The defendant continues to send plaintiff to the appropriate specialists for his HIV and Hepatitis C, and his doctors are constantly changing his medication regimen to balance all his medical needs.

## E.    CONCLUSION/LITIGATION SCHEDULE

Based upon the foregoing, the defendant maintains that Mr. Audette is being appropriately treated for his complicated medical condition.  There is simply no evidence to support plaintiff's claim that the defendant has been deliberately indifferent to his medical needs, or that he is being discriminated against based on his medical conditions.  Moreover, there is no evidence to support any claims of medical malpractice.

Plaintiff's counsel represented to the Court at the May 24, 2005 Status Conference that they needed additional time for their "expert" (Dr. Howard Libman) to complete his review of the case.  Counsel indicated that they would be obtaining a revised report from Dr. Libman with regard to his opinions of the care and treatment.  To date, no such report has been provided.  In a recent phone conference with Attorney Bigelow (representing the plaintiff), counsel indicated that Dr. Libman had no criticism of the current medication regimen.

In light of the foregoing, the Defendant respectfully requests that this Court enter a Scheduling Order which will permit the Defendant to submit dispositive motions at the earliest possible opportunity.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail on this 7th day of **July**, 2005

/s/ James A. Bello

_____
James A. Bello / Lisa R. Wichter

Respectfully submitted,
The Defendant,
UMASS CORRECTIONAL HEALTH,
By its attorneys,

**/s/ James A. Bello**

_____
James A. Bello, BBO# 633550
Lisa R. Wichter BBO# 661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

968671v1

# CORRECTIONAL MEDICAL SERVICES / UMASS

## PROBLEM LIST

_____ Care _____
Institution

NAME: _Audette, Lloyd_    ID # _W80971_    D.O.B. _12/31/58_

MEDICATION ALLERGIES: _Codeine (pruritis)._

| Date Identified | Significant Health Problems | Healthcare Practitioner Signature | Date Resolved | Healthcare Practitioner Signature |
|---|---|---|---|---|
| 11/7/08 | Zollinger, Ellison Syndrome esophagitis | [signature] NP | | |
| 11/7/08 | HIV    Dx 1985 w 87 | | | |
| 11/7/08 | HBV, HCV | [signature] | | |
| 11/9/02 | Polysubstance abuse | [signature] NP | | |
| 11/14/02 | s/p multiple ortho surg | | | |
| '' | wrists knee feet | [signature] | [signature] | |
| 7/16/03 | Hep A series Started | [signature] | | |
| 1/14/04 | 2nd HAV vaccin given | | | |
| 1/14/04 | 1st HBV given | | | |
| 2/14/04 | 2nd HBV vaccine given | | | |
| 3/10/04 | Peg Access consult Fax to DMC HP + Doc Pharm. | | | |
| Hep C | Hcv geno 1a  5/21/03 Hcv VL 7,132,800  IU/mL | | | |
| | 10/15/03 Liver Bx - mild chronic inflammation  Ø HAI Score - not enough tissue. | | | |
| 7/04 | #3 HBV Vaccine DUE | ✓ | 7/14/04 | |
| 7/8/04 | Left knee derangement | M Xrunn | | |
| 12/7/04 | Hcv worksheet Faxed to UMCH MBower | MBower | | |
| 1/10/05 | Started Peg Interferon a Ribavirin MBower | MBower | | |
| 4/18/05 | Hold Peg & Rib  d/t Ⓡ eye issue | | | |
| 4/19/05 | Out to LSH - opto eye clinic R/o Retinal Detachment | | | |
| 4/21/05 | TO NEMC (eye center) Ⓡ eye issue | | | |
| 6/2/05 | s/p Ⓡ knee arthroscopy  8/13/04 | A Xintrupp | | |

CMS 8024 Rev. 1/95

## UMCH SPECIALTY REFERRAL REQUEST

SITE _____ DATE OF REQUEST_____ DATE REQUEST FAXED_____

REQUESTING CLINICIAN___A. Enan MD___  ON SITE: ☒  OFF SITE: ☐

I/M NAME __Andette Lloyed__ I/M ID _W__  I/M DOB _12-31-58_

INCARCERATION END DATE _____ Initial Referral_____ Follow-Up_____

SPECIALTY REQUEST _Opthalmology_  FACILITY _On Site SBCC_

· · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### RATIONALE FOR REQUEST:

Plu of last Month Visit 9/6/05

### SYMPTOMATOLOGY/EXAM DATA:

Patient Coinfected and on Interferon for HCV Rx. Has Retinal changes.

### LAB/X-RAY DATA:

### RELATED TREATMENT HISTORY:

See Med Sheets (mark)

### COMMENTS:

Clinician Signature_____ Date Received by UR Department_____
Clinician Stamp

*Do not delay treatment that is medically necessary urgent or emergent.
*For security reasons inmates must **not** be informed of date, time or location of proposed treatment or hospitalization.

4/12/05

*N1*

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

| PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY |
|---|

NAME __AUDETTE, LLOYD__    ID NUMBER __W80971__    D.O.B. __12|31|58__

INSTITUTION __SBCC__    ALLERGIES __Codeine sulfate__

DATE __5/27/05__    TIME __1530 h__

ORDERS

Venlafaxine XR    37.5 mg robid x 100d

Noted 5|27|05   1610   Ninto Patil, cpn

SIGNATURE __P Tav__

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME __Philip Tavares, M.D.__

8006 Rev. 4/01

**\*INADEQUATELY DOCUMENTED REQUESTS WILL BE RETURNED FOR FURTHER DOCUMENTATION**
**\*\* Non-Formulary medications are NOT stocked in the pharmacy. A delay in procurement of these medications as well as the potential for increased patient costs over equivalent formulary medications must be considered**

## Department of Correction    Pharmacy Distribution Center
## NON FORMULARY REQUEST FORM

Prescribing Clinician: _____ A. ENAW, M.D. _____

Date Sent: _5/28/05_                              Date Returned: _____

Inmate Name: _Wyd Andette_ _____  Location: _____

Inmate Number: _W 80971_ _____

Non Formulary Medication: _Venlafaxine_ ___    Dosage: _37.5 mg_  Cost: _BID_
Similar Formulary Alternatives: _____

_____

### To be completed by Provider

Reason for ordering Non Formulary Medication: _____  Approximate Duration of Therapy: _____

_Psychotropic_ _for_ _Schizophrenia_

| Monitoring Parameters | Desired Outcome |
|---|---|
|  |  |
|  |  |

Prescribing Clinician's Signature: ___ A. ENAW, M.D. ___ _Avis Enaw MD_

Evaluation of the non-formulary request by the Pharmacy Distribution Center

_____

Pharmacist's Signature: _____

Evaluation of the non-formulary request by the Director of Medicine, the Director of Psychiatry or their designee:

_____

Medical Director's Signature: _____

Drug Ordered:      Yes _____   No _____   Date: _____   RPh initials: _____
Drug Dispensed:    Yes _____   No _____   Date: _____   RPh initials: _____

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

AME _Dudette, Lloyd_    ID NUMBER _W80971_    D.O.B. _12/31/58_

NSTITUTION _SBCC_    ALLERGIES _Codiene_

DATE _6-7-05_    TIME _4pm_

<u>ORDERS</u>

Labs needed esr, TIBC, protein

noted Ereca Kubiak nr
1700  6-7-05

SIGNATURE **Lorraine Hazard, M.D.**    Interchange is mandatory unless the prescriber writes the words
"no substitution" in this space:

PRINT NAME _Lorraine Hazard M.D._

8006 Rev. 4/01

Original (White):  Retain in Inmate Medical Record
Copy (Yellow):  Fax to Pharmacy: File with Pharmacy Orders

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

SCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

Audette, Lloyd        ID NUMBER W80971    D.O.B. 12/31/58
ITUTION    SBCC        ALLERGIES Codeine Sulfate
E  6/7/05    TIME  1515

RDERS

CxR  PA & Lat    "Cough"

"AIDS"

DC Elavie aff DCd    TID for SBCC

Ultram 50 mg po (qid) PRN pain
                                    please clarify
                                    order

noted
Erica Kubiak RN
1630  6-7-05

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words
                                 "no substitution" in this space:

PRINT NAME  **Philip Tavares, M.D.**

8006 Rev. 4/01

Original (White):  Retain in Inmate Medical Record
Copy (Yellow):  Fax to Pharmacy; File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

SCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

E _AUDETTE, LLOYD_     ID NUMBER _W80971_     D.O.B. _12/31/58_

TITUTION _SBCC_     ALLERGIES _Codene_

TE _6/8/05_     TIME _0838_

ORDERS

Clarification of Ultram order:

Ultram 100 mg PO tid PRN pain x 30d

~~[illegible scribble]~~

SIGNATURE _[signature]_     Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME **Philip Tavares, M.D.**

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

___TION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

Audette, Cloyd _____ ID NUMBER W80971 _____ D.O.B. 12/31/58

___TION _____ SBCC _____ ALLERGIES _____ Codiene

___ 6/13/05 _____ TIME 9⁰⁰ Am.

ORDERS

all    Sustiva   600mg   po ghs   X100
Protonix   40 mg   po BID

_____ [illegible handwriting] W 6/13/5 15

SIGNATURE _____ [signature]

PRINT NAME     MARK SCHNABEL, NP

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

8006 Rev. 4/01

Original (White):  Retain in Inmate Medical Record
Copy (Yellow):  Fax to Pharmacy; File with Pharmacy Orders

# UMCH SPECIALITY REFERRAL RESPONSE

SITE _SBCC_     DATE REQUEST RECEIVED _6/15/05_ ON SITE: ☐   OFF SITE: ☐

REQUESTING CLINICIAN _Enaw_     I/M NAME _Audette, Lloyd_

I/M ID _W80971_     I/M DOB _12-31-58_   RELEASE DATE _10-18-08_

SPECIALTY REQUEST _Optho ? In PEG_   FACILITY _SBCC_

☐ **MEETS CRITERIA**     ☐ **PHYSICIAN REVIEW REQUIRED**

_OK - no auth necessary_

☐ **ADDITIONAL INFORMATION NEEDED (specify)**

☐ **DOES NOT MEET CRITERIA/FOLLOW ALTERNATE TX PLAN AS INDICATED BELOW:**

ENCOUNTER # _____     Date Faxed to Site _6/16/05_

REVIEWER: _Lisa Nelson_   (RN)/MD   DATE: _6-15-05_

MEDICAL DIRECTOR: _____

APPT DATE & TIME: _____

*This is a confidential document for communication to the site and is not for disclosure or placement in Medical Record.
*Do not delay treatment that is medically necessary urgent or emergent.
*For security reasons inmates must not be informed of date, time or location of proposed treatment or hospitalization.

5/16/05

# UMASS CORRECTIONAL HEALTH

## PHYSICIAN'S ORDER

~~PRE~~SCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

~~NA~~ME _Lloyd Audette_    ID NUMBER _W80901_    D.O.B. _12/31/58_

~~INS~~TITUTION _____    ALLERGIES _Codiene_

~~DA~~TE _6/18/05_    TIME _1700_

~~ORDERS~~

Please send pt to see Dr. Rogers, Retina Service, at NEMCH in F/u as requested. Thanks  _Ramsey_

noted 06/17/05 1700 Emila Kavanagh LN to Kathy

SIGNATURE _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

IPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

AUDETTE, LLOYD    ID NUMBER _W80971_    D.O.B. _12/31/58_

TUTION _SBCC_    ALLERGIES _Codeine_

_6/20/05_    TIME _1510 h_

DERS

BACTRIM DS    1 PO god x 100d

noted
Erica Kubeah RN
6-20-05
1800

SIGNATURE _____

PRINT NAME **Philip** Tavares, M.D.

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

8006 Rev. 4/01

Original (White):  Retain in Inmate Medical Record
Copy (Yellow):  Fax to Pharmacy: File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH

### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME _Audette, Clay D_   ID NUMBER _W80971_   D.O.B. _12/31/58_

INSTITUTION _SB C_   ALLERGIES _Codiene_

DATE _6/24/05_   TIME _1P_

<u>ORDERS</u>

MYLANTA 30cc po qid PIN X100 KOP
D/C Effexor (pt request)

Noted 6/24/05 1450 Ninter Patly (e)

SIGNATURE _[signature]_

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _SCHNABEL NP_

MARK SCHNABEL, NP

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy: File with Pharmacy Orders

## Consultation Request

3/26/05
2:30 PM

O Off-Site    DBMC          O Emergency
O Specialty Clinic            O Ambulance

Inmate: Audette, Lloyd    Inmate ID: W80971    DOB: 12/31/58
Facility: BBCC    Cost Center: _____    Incarceration Date: _____

Procedure/Test/Specialty Requested: _Follow up_ NE Eye Care Center    Provider: _DBMC_    Estimated Release Date: 10-18-08

Right eye - question of retinal detachment.

Last seen @ DBMC eye center 4/16/05
Peg/Ribavirin DC'd ~~4/18/05 (PM)~~ none since 4/16/05 (PM)

Central Serous Retinopathy Right Eye.
Idiopathic cause. Follow up 3 mos.
Lloyd Ribavirine

| Latest Labs 4/25/05 | | | | |
|---|---|---|---|---|
| CD4 77 15% | Coated AM 15.0 | 4-9-05 | 3-7-05 | 2-8-05 |
| HIV VL <75 | ALT 128 | 12 wk | ALT 53 | CD4 137 15% |
|  | HbgA1c 4.9 | HepC VL 13,004 IU/mL | | HIV VL <75 |

Sustiva    protonix
EC DDI     Trazodone
Epivir     Megace

Adam J Rogers
617 636 5486

Referring Clinician: _____    Signature: **Philip Tavares,** M.D.    Date: _____

* For security reasons, inmates must NOT be informed of date, time, or location of proposed treatment or possible hospitalization
* Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions Prior approval of UMCH State-wide Medical Director is required for additional procedures or hospitalization.

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

SBCC
Institution

NAME: Andette Lloyd     ID # CW8097C     D.O.B. 12/31/58

| DATE | TIME | NOTES |
|------|------|-------|
| 5/26/05 | 1303 | Pain Mgmt mtg |
| | | PT on Methadone but there were drug |
| | | intractions c Sustiva & DDI. Now is |
| | | on Acetaminophen for pain. PT is confected |
| | | on HIV Rx. Yo pain NT neuropathy |
| | | and old orthopedic injuries. Suggested |
| | | Tramadol as possible alternative for |
| | | pain mgmt, which may be effective for |
| | | neuropathic pain. —— Angeline Dartmur |

7113W 1/95

## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: **Lloyd Audette**          ID#: **W 80971**

Date/Time **May 28/9 AM**          Housing Location: **N1 #41**

Check **ONLY** One Box:        ☑ Medical      ☐ Dental      ☐ Mental Health

Nature of problem or request: **Am experiencing severe neuropathy pain, please address**

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature **Lloyd Audette**

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Received | | REFERED TO: |
|---|---|---|
| 5/28/05 2000 | *SBCC* Institution | ☐ Nurse      1 ☑ Midlevel      ☐ Physician |
| | Slip Sorted by: | ☐ Mental Health   ☐ Dental   ☐ Other ____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subjective:

Objective:  T _____  P _____  R _____  B/P _____  WT _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____  Date: _____ Time: _____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

Institution: _SBCC_

NAME: AUDETTE, LLOYD    ID # W80971    D.O.B. 12/31/58

| DATE | TIME | NOTES |
|------|------|-------|
| 5/27/05 | 1500h | Spoke to Charlie Gordon, pharmacist, regarding his recommendations for pain med for this pt in light of possible interactions with HIV and other meds he is on.<br>Charlie recommended<br>    Ultram<br>OR   Venlafaxine (Effexor) 37.5-75 mg bid<br><br>Will order<br>   Venlafaxine XR 37.5 mg bid X 100 d<br>   (due 5/27/05)<br>                **Philip Tavares, M.D.** |
| 5/31/05 | 855AM | Consult from NEMC  NE Eye Care Center reviewed "Hold Ribavirin" recommendation noted<br>Mindy Bowen informed · will relay + Dr Stone<br>                **Philip Tavares, M.D.** |
| 6/7/05 | 1500 | Follow-up: HIV/AIDS, HCV wt. 147 1/2 #. Spoke ā ID case Manager while @ RD appt. Recent Endocrine appt (5/31) @ LSH - w/u not in medical record. Per ID, Dr. Wright does not believe testosterone levels (↓↓) related to wt ↓. Will ✗ bid Resource, along ā bid snacks for total of 1000 additional kcals/day. States eating extra |

# UMASS CORRECTIONAL HEALTH
## PROGRESS NOTES

SBCC
Institution

NAME: Audette, Lloyd     ID # W 80971     D.O.B. 12/31/58

| DATE | TIME | NOTES (continued) |
|------|------|-------|
| 6/7/05 | 1500 | food from meal IMs. wt has actually stabilized and ↑ from 4-8-05 wt of 136#. D/c Health. |
| meds Tomorrow | Subwa | restarted RHO tx. Concerned that unable to reach press 180#, only can do ~100#. (5/05) OL < 75, CD₁ = 98, TO = 10, A₁C = 4.9, HH = 13.9/41.7 – improved per re D/c Health. Continue to monitor. |
| | | Bingham Case RD RN CCHP |

7113W 1/95

### Clinic Visit ~ Follow-up Consultation

Date: 5/31/05   Clinic: Endo   Primary Provider: Dr. Wood

Vital signs: BP: ___   P: ___   RR: ___   Temp: ___   Wt: ___   O2-Sat: ___

| Date | Am | Pm | Date | Am | Pm |
|------|-----|-----|------|-----|-----|
| 3/1 | 117 | | 3/23 | | |
| 3/2 | 48 | 198 | 3/23 | | |
| 3/3 | 93 | 44 | 3/24 | | |
| 3/4 | 87 | 100 | 3/25 | | |
| 3/5 | 90 | 107 | 3/26 | | |
| 3/6 | 92 | 127 | 3/27 | | |
| 3/7 | 94 | 120 | 3/28 | | |
| 3/8 | 104 | 64 | 3/29 | | |
| 3/9 | 96 | 151 | 3/30 | | |
| 3/10 | 125 | 150 | 3/31 | | |
| 3/11 | 95 | 110 | | | |
| 3/12 | 25 | 124 | | | |
| 3/13 | 99 | 154 | | | |
| 3/14 | 62 | 106 | | | |
| 3/15 | 49 | 90 | | | |
| 3/16 | 99 | 64 | | | |
| 3/17 | 120 | 84 | | | |
| 3/18 | 95 | 134 | | | |
| 3/19 | 74 | 84 | | | |
| 3/20 | 162 | 112 | | | |
| 3/21 | 97 | 114 | | | |

☐ Problem List reviewed/updated

☐ Med. Sheet - reviewed/updated

Consultant's Signature/Print: _____   Page ___ of ___

Phone/Beeper: _____

RTC: _____

White Copy: Medical Record:    Yellow Copy: Requesting Practitioner:
OP/LS-0801

Shirley

LS00011185776      LS00037882
TRUDELL, ALFRED     07/26/1942
(978) 514-6500      END. L M
UMASS CORRECTI

**Lemuel Shattuck Hospital**
**170 Morton Street**
**Jamaica Plain, MA  02130**

## LSH ENDOCRINOLOGY CON. REPORT

**Date/Time of Report:** 05/31/05  2324
**Patient:** AUDETTE,LLOYD
**Unit #:** LS00056059
**Acct #:** LS0001147586
**Ordering Doctor:** WARTH, MARIA R MD
**Patient Location:** END.L
**Associated Orders:** ENDOCR CLINIC EST PT LEVEL 3

Returns for follow up.   Seen in Co Infection Clinic 3 weeks ago and changed to new HIV drugs because of an increased lactic acid.  Some symptomatic improvement in fatigue with that.  Laboratory studies of 4/5/2005 include Calcium 9.3, Intact PTH 42 (7-53), Free T4 0.70 (0.56-1.64), Total testosterone 652 (262-1593), Free testosterone 1.18 (0.95-4.30), FSH 13.50 (1.27-19.60), LH 11.10 (1.24-8.62), Prolactin 42 (7-53).

Impression: The mildly increased LH suggests a mild degree of primary gonadal dysfunction.  It seems unlikely that the significant systemic symptomatology of which he complains is due to this, and given the normal levels of both total and free testosterone, I think it very unlikely that there are any symptomatic manifestations whatsoever.  I think it is far more likely that his complaints relate to his HIV or Hepatitis C infection or to the drugs used to treat those conditions.  I would be happy to review the previous records related to his low testosterone to see if the present results and the past diagnosis can be reconciled.  It is my understanding that the patient has access to copies of those records.  If he has not had iron studies in the past, it would be reasonable to obtain Iron, IBC, and Ferritin as hemochromatosis can be a cause of primary hypogonadism.

RTC prn

**Signed by:** <<Signature on File>>
**Dictated By:**  WARTH, MARIA R MD

**Co-Signed by:**
**Co-Dictated By:**

**Dictated Date:**  05/31/05

**Page: 1**

# UMASS CORRECTIONAL HEALTH

## RELEASE OF RESPONSIBILITY

_SBCC_

**Institution**

**Name:** _Andett, Lloyd_     **ID #** _W80971_     **D.O.B.** _10/8/58_

I hereby refuse to accept the following treatment / recommendations:

_TIBC  Feritin_

Potential Health Care Risk Associated With Refusal:

_UNKNOWN Feritin level causing delay in diagnosis Treatment_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless UMass Correctional Health, its employees and agents from all responsibility and ill effect which may result from this action.

_____     _____
**Inmate Signature**                 **Date/Time**


_____     _____
**UMass Correctional Health Witness**  **Date/Time**

The aforementioned inmate has refused the listed medical treatment / recommendations and has refused to sign this form.

_signature_                          _6/10/05  1000_
**UMass Correctional Health Witness**  **Date/Time**

_X M. Searey_                        _6-10-05_
**UMass Correctional Health/Other Witness**  **Date/Time**

UMASS 7120 Rev. 4/97

Mindy
ID Nurse

pull

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: Lloyd Andrette                    ID#: W80971

Date/Time: 6-13-05    10 AM    Housing Location: N1    #41

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: Two issues (1) the ultram is being crushed, I'm vomiting every time I take it, then can't eat breakfast or lunch, I don't know if it will or will not work so far, none is getting into my system. (2) Here are some records for you I consent to be treated by the healthcare staff for the condition described above. To copy for my file here and please fax a copy to Dr. Warth. Records are self explanatory.

Inmate Signature: Lloyd Andrette    I don't have copies please return

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Recieved | REFERED TO: |
|---|---|
| 6/13/05 | |

SBCC
Institution

M Bower
Slip Sorted by:

REFERED TO:
☐ Nurse    ☒ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____    Date: _____ Time: _____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES

SBCC
Institution

NAME: Audette, Lloyd          ID # W80971    D.O.B. _____

| DATE | TIME | NOTES |
|------|------|-------|
| 6/14/05 | 14:10 | Spoke c̄ IM briefly re returning old records. IM states he could tell if the Ultram is working d/t vomiting p̄ taking med. IM states: not sure if vomiting d/t medication itself or d/t med being crushed - IM t/c placed c̄ NP stating above. ~ K. Bower RN |

7113W 1/95

# UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: _Lloyd Audelle_     ID#: _W8097 1_

Date/Time _6-22-03_     Housing Location: _N1 #41_

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: 1) Spoke to Mindy about vomiting, everytime I take the ultram, she said I would be seen; I wasn't 2) Kindly schedule consult for ortho, left knee is just as bad as it was before it was scoped 3) Kindly renew megase or marinol for appetite; no appetite again

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lloyd Audelle_

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Date/Time Recieved |
|---|
| |

Institution _____

Slip Sorted by: _____

REFERED TO: _N/COP_

☐ Nurse    ☐ Midlevel    ☐ Physician

☐ Mental Health    ☐ Dental    ☐ Other _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subjective:

Objective: T _____ P _____ R _____ B/P _____ WT _____

Assessment:

Plan [include inmate education]: see CD NOTE 6/29/05

Signature & Title: _____ Date: _____ Time: _____

8022 Rev. 12/04

# UMASS CORRECTIONAL HEALTH

## PROGRESS NOTES
# CD VISIT

**SBCC**
Institution

NAME: Audate Lloyd    ID # W80971    D.O.B. 12/31/78

| DATE | TIME | Problems: | NOTES: Medications: |
|---|---|---|---|
| 6/29/05 | IP | HIV ⊕<br>HCV ⊕<br>GERD ⊕ | Truvada  Sustiva  Protonix<br>Tums, colace, Ultram<br>(Peg Int , Ribavirin = HOLD) |

Allergies: Codiene    Diet: reg c̄ Supplement Snacks

S: sick to stomach, vomiting sometimes
c̄ Ultram. ① knee popping on occasion
Hx surg x 2 meniscectomy. ® eye vision loss. Peg Triboviron dc'd.

O: T: CB  P: 88  R: 16  O2 sat: —  BP: 128/90  Wt: 149

HEENT: ⊖ mass

Cor: RRR ⊖ m̄

Lungs: CTA

Abd:

Neuro: grossly nc

Ext: ① knee - ⊕ muscle wasting ⊖ effusion
⊕ varus . ↓ ext

Labs: flu PD dmr HCV55 (DJ = 7)
ALT ↑

A: acine OD - ? retinin
HIV - stable    HCV - off Tx.  Gas - ↑

P:   **Chronic Care visit 3 months**
**RTC if any problems**
~~Inmate education- diet, exercise, compliance~~
**See Physician Order Form for Labwork**

flu NBMC  flu PD dmr
Add  Mylanta

# UMASS CORRECTIONAL HEALTH
## SPECIAL NEEDS TREATMENT PLANNING

**Name** _Arlette, Cloyd_  **ID#** _W80971_  **DOB** _12/31/58_

**Diagnosis**  HIV + HCV (+)

**Allergies**  _Codiene_

**Medication/ Treatment**  [See CMS Chronic Care Guidelines for HIV]

_Truvada_
_Sustiva_

**Laboratory**  CD4 COUNT _per PD_    VIRAL LOAD TESTING _per PD_
OTHER LAB: _ALT/AST  HCV quant_

**Exercise**  _as tol_

**Diet**  _reg & supplements_

**Short Term Goal[s]**
1] PROVIDE EMOTIONAL SUPPORT RELATED TO DIAGNOSIS AND COPING
2] EDUCATE ABOUT ILLNESS PROGRESSION AND MANAGEMENT INCLUDING MEDICATION MANAGEMENT/ COMPLIANCE, DIET AND NEED FOR LIFE-LONG FOLLOW-UP CARE

**Long Term Goal[s]**
1] PREVENT OPPORTUNISTIC INFECTION OR RECOGNIZE AND TREAT EARLY
2] SELF-CARE AND MEDICATION COMPLIANCE
3] PROVIDE EMOTIONAL SUPPORT AND DISCHARGE PLANNING AS NEEDED

**Education**
1] TEACH ILLNESS PROGRESSION AND TREATMENT STRATEGIES
2] TEACH PREVENTION OF HIV TRANSMISSION
3] STRESS NEED FOR FULL COMPLIANCE TO MEDICATION REGIME

**Follow-Up**  CHRONIC DISEASE/SPECIAL NEEDS CLINIC EVERY THREE MONTHS
SEE MD ORDERS AND PROGRESS NOTES
OTHER:

**Planning by** _MARK SCHNABEL, NP_    **Date** _6/29/05_

**MD Signature** _____    **Date** _____

| Reviewed | Date | Reviewed | Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Treatment Discontinued by** _____  **Date** _____

**Problem List Documentation Resolved by** _____  **Date** _____

# UMASS CORRECTIONAL HEALTH
## SPECIAL NEEDS TREATMENT PLANNING

Name _Audette, Lloyd_    ID# _W80971_    DOB _10/31/58_

Diagnosis _640_

Allergies _codiene_

Medication/
Treatment _protonix_
_mylanta_

Laboratory _CBC    prn_

Exercise _As    TOL_

Diet _avoin  Bothersome  foods_

Short Term
Goal[s] _reduce  Sx_

Long Term _reduce  Barretts  esophagus_

Patient
Education _report  any  ↑  in  Sx_

Follow-Up
Frequency _q 3mo_

Planning by _MARK SCHNABEL, N[P]_    Date _7/ 8 /04_

MD Signature _A. ENAW, M.D._    Date _7/8/04_

| A. ENAW, M.D. AWB    6/18/05 | MWB  ersaw WWL  1/8/05 | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Treatment Discontinued by _____ Date _____

Problem List Documentation Resolved by _____ Date _____

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

Institution ___SBCC___

MONTH __May__ 20 05

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23 | 9/2-5W | | Truvada one po daily ×100d | K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/27 | 8/6 | NP | Venlafaxine +R 37.5 mg po BID ×100's | DB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:
(Codeine Sulfate)

DOB/INMATE #:
12/31/58
W80971

LOCATION:
N)

NAME:
Audette, Lloyd

| STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|

NS=NO SHOW    DC=DISCONTINUE    R=REFUSED

CMS 8027 Rev. 08/01

P.3 OF 3

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

Institution ___SBCC___

MONTH ___May___  20 __05__

| START DATE | STOP DATE | INT | DRUG · DOSE MODE · INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14 5/12 | 5/12 | NP | Peg - Intron 0.4 m/ sc weekly Mon x3.0 | hold until further notice | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/8 6/18 | 6/18 | NP | Bactrim DS 1 tab PO every other day KOP X100 | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 6/17 5/23 9/2 | | NP 9W | Sustiva 600mg PO @ HS KOP X100(HS) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/14 7/22 | 7/22 | NP | Tylenol 650mg PO TID PRN X100 KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/11 7/21 | 7/21 | NP | TUMS 2 tabs PO TID PRN X100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/11 7/21 | 7/21 | NP | Eucerin cr. or lotion top BID PRN X100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/14 5/12 | 5/12 | NP | Megace 20 mg PO PO TID X30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: (Codeine sulfate)

DOB/INMATE #: 12/31/58  W80971

LOCATION: N1

NAME: Audette, Lloyd

NS–NO SHOW   DC–DISCONTINUE   R–REFUSED

STAFF SIGNATURE | DATE | INITIAL

CMS 6027 Rev. 06/01

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

Institution _____ SBCC _____

MONTH ___May___ 20 05

CMS 8027 Rev. 08/01

NP K/38

| START DATE | STOP DATE | INT | DRUG · DOSE MODE · INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7 | 6/17 | NP | Didanosine EC 400 mg po daily kep X100 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/11 | 7/21 | NP | MVI 1 tab PO daily kep X100 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/8 4/19 | 5/12 | NP | Ribavirin 400 mg PO BID kep X100 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/11 | 7/21 | NP | Rebounce 1 box PO BID kep X30 (15) | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 | 6/17 | NP | Protonix 40 mg PO BID kep X100 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/7 | 6/17 | NP | Epivir 150 mg PO BID kep X100 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/7 | 7/21 | NP | Colace 100 mg PO BID kep X100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|

ALLERGIES: (codeine, sulfate)

DOB/INMATE #: 12/31/58  W80971

LOCATION: N1

NS=NO SHOW   DC=DISCONTINUE   R=REFUSED

NAME: Audette, Lloyd

# UMASS CORRECTIONAL HEALTH TREATMENT ADMINISTRATION RECORD

Institution: SBCC

MONTH: May 20 05

| START DATE | STOP DATE | INT | DRUG - DOSE MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | yB Reglan/Leam 0.4cc(40mg) SQ Every Monday x30days | | H 0 1 | | | | | | Hold until further notice | | | | | | | | | | | | | | | | | | | | | | | |

**ALLERGIES:** Codiene

**DOB/INMATE #:** 12/31/58    W80971

**LOCATION:**

**NAME:** Avdelette, Lloyd

NS=NO SHOW    DC=DISCONTINUE    R=REFUSED

| STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL | STAFF SIGNATURE | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CMR 8027 Rev. 08/01