UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LLOYD F. AUDETTE,<br>　　　Plaintiff,<br><br>VS.<br><br>UMASS CORRECTIONAL HEALTH,<br>　　　A Commonwealth Medicine Program,<br>　　　Defendant, and<br><br>DEPARTMENT OF CORRECTION<br>　　　Kathleen M. Denney, Commissioner,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-10403-DPW |

**DEFENDANT, UMASS CORRECTIONAL HEALTH'S,
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

We hereby certify, in accordance with this Court's Local Rule 16.1(D)(3), that we have conferred and have discussed the budget for the cost of conducting a full course and various alternative courses of litigation and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　UMASS CORRECTIONAL HEALTH,
　　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 18th day of August, 2005.　　　　　　　　　　　　　　　/S/ James A. Bello

/S/ James A. Bello
_____
James A. Bello / Lisa R. Wichter

　　　　　　　　　　　　　　　　　　　　　　　　James A. Bello, BBO #633550
　　　　　　　　　　　　　　　　　　　　　　　　Lisa R. Wichter, BBO #661006
　　　　　　　　　　　　　　　　　　　　　　　　MORRISON MAHONEY LLP
　　　　　　　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　　　　(617) 439-7500

958946v1