UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,

    Plaintiff,

v.

UMASS CORRECTIONAL HEALTH, a
Commonwealth Medical Program, and
DEPARTMENT OF CORRECTIONS, Kathleen M.
Dennehy, Commissioner,

    Defendants.

Civ. No. 05-10403-DPW

### CERTIFICATION PURSUANT TO LR 16.1 (D)(3)

We hereby certify that we have conferred relative to the cost of conducting this litigation and the various alternatives to litigation, including the alternative dispute resolution programs outlined in Local Rule 16.4.

Dated: August 22, 2005

_____
David J. Rentsch, Counsel
Legal Division
Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 142
BBO #544926

_____
James R. Bender, Acting Commissioner
Massachusetts Dept. of Correction
50 Maple Street
Suite 3
Milford, MA 01757