UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br><br>            Plaintiff,<br><br>v.<br><br>UMASS CORRECTIONAL HEALTH SERVICES;<br>and KATHLEEN M. DENNEHY, Commissioner of<br>Correction;<br><br>            Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify, in accordance with this Court's Local Rule 16. 1(D)(3), that we have conferred with Mr. Audette and have discussed the budget for the cost of conducting a full course, and various alternative courses, of litigation, and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

/s/ Brandon L. Bigelow
Donald J. Savery, BBO #564975
Rheba Rutkowski, BBO #632799
Brandon L. Bigelow, BBO #651143
T. Peter R. Pound, BBO #657378
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
Dated: August 23, 2005  (617) 951-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via mail and the CM/ECF system on August 23, 2005.

/s/ Brandon L. Bigelow
Brandon L. Bigelow

LITDOCS/612473.1