UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LLOYD AUDETTE,**
      **Plaintiff**

                                              CIVIL ACTION NO. 05-10403-DPW

 **v.**

**UMASS CORRECTIONAL HEALTH ET AL,**
    **Defendant**

## ORDER REMANDING CASE FOR MEDICAL MALPRACTICE TRIBUNAL

**WOODLOCK, D.J.**

The Motion to Transfer to Superior Court for a Medical Malpractice Tribunal (#40) filed defendant U MASS CORRECTIONAL HEALTH having been Allowed, the above captioned matter is hereby ORDERED REFERRED to the Superior Court for the sole purpose of a Medical Malpractice Tribunal.

Under customary Clerk's Office policy in this Court, the original file in this Court does not itself get transferred to the Superior Court, but rather, the <u>defendant</u> is responsible for the copying and transmission of the relevant pleadings to the Suffolk Superior Court.

**<u>The defendant is hereby directed to take immediate action to ensure that the Medical Malpractice Tribunal is scheduled FORTHWITH .</u>**

Upon completion of all proceedings before the Medical Malpractice Tribunal, the parties shall file a STATUS REPORT with this Court, with proposals for further proceedings in this case.

                                              By the Court,

                                              /s/ Michelle Rynne
**DATED: August 25, 2005**                    Deputy Clerk