UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br>　　Plaintiff,<br><br>VS.<br><br>UMASS CORRECTIONAL HEALTH,<br>　　A Commonwealth Medicine Program,<br>　　Defendant, and<br><br>DEPARTMENT OF CORRECTION<br>　　Kathleen M. Denney, Commissioner,<br>　　Defendant. | CIVIL ACTION NO. 05-10403-DPW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Kindly enter my appearance as attorney for the defendant, UMass Correctional Health, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　　　　UMASS CORRECTIONAL HEALTH
　　　　　　　　　　　　　　　　　　　　　By its attorneys,

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 29th day of August, 2005.

/S/ Lisa R. Wichter　　　　　　　　　　　　/S/ Lisa R. Wichter
_____　　　　_____
Lisa R. Wichter　　　　　　　　　　　　　　Lisa R. Wichter, BBO #661006
　　　　　　　　　　　　　　　　　　　　　Morrison Mahoney LLP
　　　　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　(617) 439-7500

960522v1