UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,                              C.A. No. 05-10403-DPW

    Plaintiff,

    v.

UMASS CORRECTIONAL HEALTH PROGRAM, et al,

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance for Kathleen M. Dennehy and Lois Russo, defendants herein.

                                Respectfully submitted,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

Date: August 30, 2005        __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926