UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,                         C.A. No. 05-10403-DPW

    Plaintiff,

    v.

UMASS CORRECTIONAL HEALTH PROGRAM, a
Program of the UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL; KATHLEEN M. DENNEHY,
Commissioner of Correction; LOIS RUSSO,
Superintendent of the Souza-Baranowski
Correctional Center, and her predecessors
and successors; AUGUSTIN ENAW, M.D.;
LORRAINE HAZARD, M.D.; and CHARLIE BLACK,

    Defendants.

### STIPULATION OF DISMISSAL OF COUNTS VI AND VIII ONLY AGAINST DEFENDANTS DENNEHY AND RUSSO

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and the defendants hereby stipulate, consent, and agree that Counts VI and VIII of the First Amended Complaint are dismissed without prejudice only against Kathleen M. Dennehy and Lois Russo, subject to the plaintiff's right to refile his claims against the Commonwealth of Massachusetts.

| PLAINTIFF | DEFENDANTS |
|---|---|
| LLOYD F. AUDETTE | KATHLEEN M. DENNEHY and LOIS RUSSO, |
| By his attorney | By their attorney, |
| | NANCY ANKERS WHITE<br>Special Assistant Atty General |
| /s/ Brandon L. Bigelow | /s/ David J. Rentsch |
| Brandon L. Bigelow, BBO #651143<br>Donald J. Savery, BBO #564975<br>Rheba Rutkowski, BBO #632799<br>T. Peter R. Pound, BBO #657378<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617)951-8000 | David J. Rentsch, BBO #544926<br>Department of Correction<br>Legal Division<br>70 Franklin Street, Suite 600<br>Boston, MA 02110-1300<br>(617)727-3300, ext. 142 |

2

UMASS CORRECTIONAL HEALTH
PROGRAM, AUGUSTIN ENAW, M.D.,
LORRAINE HAZARD, M.D. and
CHARLIE BLACK

By their attorney,

_____
James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617)439-7500