UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br><br>      Plaintiff,<br><br>  v.<br><br>UMASS CORRECTIONAL HEALTH PROGRAM, a program of the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL; KATHLEEN M. DENNEHY, Commissioner of Correction; LOIS RUSSO, Superintendent of Souza-Baranowski Correctional Center, and her predecessors and successors; AUGUSTIN ENAW, M.D.; LORRAINE HAZARD, M.D.; and CHARLIE BLACK,<br><br>      Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

**STIPULATION OF DISMISSAL OF LORRAINE HAZARD, M.D.**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and defendants hereby stipulate, consent, and agree that all claims alleged against defendant, Lorraine Hazard, M.D., in the First Amended Complaint in this matter are dismissed with prejudice and without right of appeal, each party to bear its own costs. Nothing herein shall be construed to constitute a dismissal of any claims by plaintiff against Dr. Hazard that were not alleged in the First Amended Complaint. Further, nothing herein shall be construed to constitute a dismissal of any claims by plaintiff against any other defendant.

LITDOCS/636994.1

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **LLOYD F. AUDETTE,** | **UMASS CORRECTIONAL HEALTH et al.,** |
| By his attorneys, | By its attorneys, |
| */s/ Brandon L. Bigelow* | */s/ James A. Bello* |
| Donald J. Savery, BBO #564975 | James A. Bello, BBO# 633550 |
| Rheba Rutkowski, BBO #632799 | Lisa R. Wichter, BBO# 661006 |
| Brandon L. Bigelow, BBO #651143 | Morrison Mahoney LLP |
| T. Peter R. Pound, BBO #657378 | 250 Summer Street |
| Bingham McCutchen LLP | Boston, MA  02210 |
| 150 Federal Street | (617) 439-7500 |
| Boston, MA  02110-1726 |  |
| (617) 951-8000 |  |

Respectfully submitted,

**KATHLEEN DENNEHY, COMMISSIONER OF CORRECTION et al.,**

By her attorney,

*/s/ David J. Rentsch*

David J. Rentsch, BBO# 544926
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110
(617) 727-3300

Dated:  April 25, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically upon counsel of record for each other party via the CM/ECF system on April 25, 2006.

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow