```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

LLOYD AUDETTE,
        Plaintiff

                                    CIVIL ACTION NO. 05-10403-DPW

 v.

UMASS CORRECTIONAL HEALTH ET AL,
    Defendant


                          SCHEDULING ORDER

WOODLOCK, D.J.

    In accordance with this court's adoption of the Joint Proposed Revised Pretrial Schedule, it is hereby order;

| | |
|---|---|
| Complete all non-expert depositions | August 31, 2006 |
| Status report | September 7, 2006 |
| Status conference | **September 14, 2006 at 3:00 p.m** |
| Plaintiff identifies trial expert(s) and serves initial expert report(s) | September 15, 2006 |
| Defendants identify trial expert(s) and serve initial expert reports | October 16, 2006 |
| Parties to file dispositive motions | October 16, 2006 |
| Plaintiff serves rebuttal expert report(s) | November 3, 2006 |
| Complete expert depositions | December 1, 2006 |
| Status report due | January 4, 2007 |
| Pretrial conference | **January 11, 2007 at 2:30 p.m.** |

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

    By the Court,

    /s/ Michelle Rynne
        Deputy Clerk

DATED:  May 10, 2006