UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lloyd F. Audette

V.

CASE NO. 05-10403-DPW

UMass Correctional Health, et al.

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibit A - Defendants' discovery responses
Exhibit B - Portions of plaintiff's medical records
Exhibit C - Portions of deposition transcript of Angela D'Antonio
Exhibit D - Portions of deposition transcript of Mark Schnabel

These exhibits are attached to the Opposition of Proposed Defendants, Philips Tavares, M.D., Angela D'Antonio, N.P., and Mark Schnabel, N.P., to Plaintiff's Motion to Amend the Complaint

The original documents are maintained in the case file in the Clerk's Office.

12/1/06
Date

/S/ Lisa R. Wichter
Attorney for Defendants

Morrison Mahoney LLP

250 Summer Street

Boston, MA 02210

(617) 439-7500

(Notice of Filing.wpd - 7/03)