UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,<br>    Plaintiff,<br>v.<br><br>UMASS CORRECTIONAL HEALTH, a program of the University of Massachusetts Medical School; KATHLEEN M. DENNEHY, Commissioner of Correction; LOIS RUSSO, Superintendent of Souza-Baranowski Correctional Center, and her predecessors and successors; AUGUSTIN ENAW, M.D.; LORRAINE HAZARD, M.D.; and CHARLIE BLACK,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-10403-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the proposed defendants, Ioana Bica, M.D. and David R. Stone, M.D.

> Proposed defendants,
> IOANA BICA, M.D. and
> DAVID R. STONE, M.D.
> By their attorney,
>
> **/s/ Jennifer Hartunian**
> _____
> Jennifer Hartunian, Esq.  (BBO#660902)
> Martin, Magnuson, McCarthy & Kenney
> 101 Merrimac Street, 7th Floor
> Boston, MA 02114
> (617) 227-3240

Date: December 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via first class mail on the 1st day of December, 2006.

> **/s/ Jennifer Hartunian**
> _____
> Jennifer Hartunian