UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LLOYD F. AUDETTE,                                C.A. No. 05-10403-DPW

    Plaintiff,

    v.

UMASS CORRECTIONAL HEALTH PROGRAM, a
Program of the UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL; KATHLEEN M. DENNEHY,
Commissioner of Correction; LOIS RUSSO,
Superintendent of the Souza-Baranowski
Correctional Center, and her predecessors
and successors; AUGUSTIN ENAW, M.D.;
LORRAINE HAZARD, M.D.; and CHARLIE BLACK,

    Defendants.

### STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST THE D.O.C. DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate, consent, and agree that all of the plaintiff's claims in this case against the Massachusetts Department of Correction, Kathleen M. Dennehy, and Lois Russo ("the D.O.C. defendants") are dismissed with prejudice, and with the plaintiff and the D.O.C. defendants waiving their rights, if any, to appeal this dismissal.

Nothing herein shall be construed as dismissal of any claims that plaintiff has or may assert against the University of Massachusetts Medical School, UMass Correctional Health Program, and its and their attorneys, agents, contractors, heirs, administrators, executors, employees and other representatives, past and present, including, without limitation, Augustin Enaw, M.D., Philip Tavares, M.D., Mark Schnabel, N.P., Angela D'Antonio, N.P., and Pratt Medical Group, Inc., and its and their attorneys, agents, contractors, heirs, administrators, executors, employees and other representatives, past and present, including, without limitation, David R. Stone, M.D. and Ioana Bica, M.D, and all other individuals directly involved with the provision of medical care to plaintiff.

2

| PLAINTIFF | DEFENDANTS |
|---|---|
| LLOYD F. AUDETTE | KATHLEEN M. DENNEHY and LOIS RUSSO |
| By his attorney, | By their attorney, |
| BINGHAM McCUTCHEN LLP | NANCY ANKERS WHITE<br>Special Assistant Att'y General |
| __/s/ Brandon L. Bigelow_____<br>Donald J. Savery, BBO #564975<br>Rheba Rutkowski, BBO #632799<br>Brandon L. Bigelow, BBO #651143<br>T. Peter R. Pound, BBO #657378<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617)951-8000 | __/s/ David J. Rentsch_____<br>David J. Rentsch, BBO #544926<br>Counsel<br>Legal Division<br>Department of Correction<br>70 Franklin St., Suite 600<br>Boston, MA   02110-1300<br>(617)727-3300, ext. 142 |
| | UMASS CORRECTIONAL HEALTH PROGRAM, AUGUSTIN ENAW, M.D., LORRAINE HAZARD, M.D. and CHARLIE BLACK |
| | By their attorney, |
| | __/s/ Lisa R. Wichter_____<br>James A. Bello, BBO #633550<br>Lisa R. Wichter, BBO #661006<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA   02210<br>(617)439-7500 |