UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD F. AUDETTE,           )<br>         Plaintiff,          )<br>                              )<br>VS.                           )<br>                              )<br>UMASS CORRECTIONAL HEALTH,   )<br>ET AL.,                       )<br>         Defendants.         ) | CIVIL ACTION NO. 05-10403-DPW |

## STIPULATION OF DISMISSAL OF CHARLES BLACK

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the plaintiff and the defendants hereby stipulate, consent, and agree that all claims alleged against defendant, Charles Black, in the Amended Complaint in this matter are dismissed without prejudice and without right of appeal, each party to bear its own costs. Nothing herein shall be construed to constitute a dismissal of any claims by plaintiff against Charles Black that were not alleged in the First Amended Complaint. Further, nothing herein shall be construed to constitute a dismissal of any claims by plaintiff against any other defendant.

The Plaintiff,
Lloyd F. Audette
By his attorneys,

/S/ Brandon L. Bigelow
_____
Donald J. Savery, BBO #564975
Rheba Rutkowski, BBO #632799
Brandon L. Bigelow, BBO #651143
T. Peter R. Pound, BBO #657378
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

The Defendants,
Kathleen Dennehy and Lois Russo
By their attorney,

/S/ David J. Rentsch
_____
David J. Rentsch, BBO #544926
Department of Correction - Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
(617) 727-3300

The Defendants,
UMass Correctional Health, Charles Black
and Augustin Enaw, M.D.
By their attorneys,

/S/ Lisa R. Wichter
_____
James A. Bello, BBO #633550
Lisa R. Wichter, BBO #661006
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that on December 21, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

/S/ Lisa R. Wichter
_____
Lisa R. Wichter

1036749v1