# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LLOYD F. AUDETTE,<br><br>           Plaintiff,<br><br>v.<br><br>UMASS CORRECTIONAL HEALTH PROGRAM, a program of the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL; AUGUSTIN ENAW, M.D.; and NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,<br><br>           Defendants. | CIVIL ACTION<br>NO. 05-10403-DPW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate that this action be dismissed in its entirety with prejudice and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **LLOYD F. AUDETTE,** | **UMASS CORRECTIONAL HEALTH and AUGUSTIN ENAW, M.D.,** |
| By his attorneys, | By their attorneys, |
| */s/ T. Peter R. Pound* | */s/ James A. Bello* |
| Donald J. Savery, BBO #564975<br>Rheba Rutkowski, BBO #632799<br>Brandon L. Bigelow, BBO #651143<br>T. Peter R. Pound, BBO #657378<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 | James A. Bello, BBO# 633550<br>Lisa R. Wichter, BBO# 661006<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

LITDOCS/676753.1

Respectfully submitted,

**NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,**

By its attorneys,

*/s/ Daniel J. Griffin*
Daniel J. Griffin, BBO #211300
Jennifer E. Hartunian, BBO #660902
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA  02114
(617) 227-3240

Dated:  April 20, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served on counsel for each other party electronically via the CM/ECF system on April 20, 2007

                                                                      */s/ T. Peter R. Pound*
                                                                      T. Peter R. Pound